**No. 56384.**—Osaki Shoten, Ltd., et al. *v.* United States, protests 58371–K, etc. (Honolulu).

Opinion by FORD, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, FEBRUARY 13, 1952

**No. 56385.**—Wessel, Duval & Co., Inc. *v.* United States, protest 176058–K (New York).

Opinion by JOHNSON, J.   It was stipulated that the merchandise, which was assessed on the basis of 182.37 long tons net weight, consists of 4,120 bags of dried beet pulp; that each bag contains 90 pounds net weight; and that there were, in fact, only 165.54 long tons net weight of said merchandise, as entered by the importer.   In view of the stipulation it was held that duty was assessable upon the basis of 165.54 long tons, and the collector was directed to refund all duty taken in excess thereof.

**No. 56386.**—Frederick B. Cooper Co., Inc. *v.* United States, protests 174121–K, etc. (New York).

Opinion by JOHNSON, J.   It was stipulated that the issue and merchandise herein are the same in all material respects as those involved in *Axel Stokby et al.* v. *United States* (4 Cust. Ct. 343, C. D. 358), except that in the liquidation of the entries covered by the instant protests, an allowance was made for gelatinous substance equal to 10 percent of the content of the tins, whereas there should have been a larger percentage allowed for the gelatinous substance.   In accordance with stipulation of counsel and following the decision cited the merchandise was held dutiable at 3¼ cents per pound under paragraph 703, Tariff Act of 1930, upon the basis of the net weight of the contents of the cans, less such percentage allowance for the gelatinous substance contained in the respective tins, as set forth in the decision.

**No. 56387.**—Geraldine Litwin *v.* United States, protest 148771–K (Los Angeles).

Opinion by JOHNSON, J.   When this case was called for trial counsel for the Government admitted that the collector was satisfied that the merchandise should have been admitted free of duty.   In view of the evidence presented, the protest was sustained.